# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Jonker, Robert J. | U.S. Dist. Court, Western Dist of MI | 5/4/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Chief US District Judge - Active | ☐ Nomination　　Date<br>☐ Initial　☑ Annual　☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

685 Federal Building
110 Michigan Street N.W.
Grand Rapids, MI 49503

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑　NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑　NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jonker, Robert J. | 5/4/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Self-employed psychology practice with executive coaching |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | FBA - WDMI Bankruptcy Section Seminar | 7/26/19 - 7/28/19 | Traverse City, MI | Speaker at Educational Seminar for Bankruptcy Attorneys and Judges of WDMI | Lodging, meals and mileage |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Jonker, Robert J.** | 5/4/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jonker, Robert J. | 5/4/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Deposit Accounts at Fifth Third Bank | A | Interest | M | T | | | | | |
| 2. Fifth Third Bank - Stock | A | Dividend | J | T | | | | | |
| 3. | | | | | | | | | |
| 4. RETAIL ACCOUNT | | | | | | | | | |
| 5. Morgan Stanley - Money Market | A | Interest | J | T | | | | | |
| 6. First Trust Amex Biotech | A | Dividend | | | Buy | 04/02/19 | J | | |
| 7. | | | | | Sold | 09/26/19 | J | A | |
| 8. First Trust DJ Internet IDX | A | Dividend | J | T | Sold (part) | 03/29/19 | J | A | |
| 9. First Trust DW Foxus 5 Intl | A | Dividend | J | T | Buy (add'l) | 09/26/19 | J | | |
| 10. First Trust Health Care Alpha ETF | A | Dividend | J | T | Buy | 03/29/19 | J | | |
| 11. | | | | | Buy (add'l) | 09/26/19 | J | | |
| 12. First Trust Finl Alphadex ETF | A | Dividend | J | T | Buy | 09/26/19 | J | | |
| 13. First Trust Inds/Prods ETF | A | Dividend | | | Sold | 03/29/19 | J | B | |
| 14. First Trust Larg Cap Value AL | A | Dividend | J | T | Buy (add'l) | 03/29/19 | J | | |
| 15. | | | | | Buy (add'l) | 09/26/19 | J | | |
| 16. First Trust NASDAQ 100-Tech | A | Dividend | J | T | Sold (part) | 03/29/19 | J | A | |
| 17. | | | | | Sold (part) | 09/26/19 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Jonker, Robert J. | 5/4/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.  First Trust Tech Alpha ETF | A | Dividend | J | T | Sold<br>(part) | 03/29/19 | J | A | |
| 19.  FT North American Energy Infra | A | Dividend | J | T | Sold<br>(part) | 09/26/19 | J | A | |
| 20.  Hartford Multifactor Development | A | Dividend | J | T | Sold<br>(part) | 03/29/19 | J | A | |
| 21. | | | | | Buy<br>(add'l) | 09/26/19 | J | | |
| 22.  Highland Floating Rate Oppor | A | Dividend | J | T | Buy<br>(add'l) | 03/29/19 | J | | |
| 23.  Highland Income Fund Trading (frmly<br>Highland Floating Rate Oppor) | A | Dividend | J | T | Buy | 09/26/19 | J | | |
| 24. | | | | | Sold<br>(part) | 11/22/19 | J | A | |
| 25. | | | | | Buy<br>(add'l) | 12/26/19 | J | | |
| 26.  Ishares Core S&P Total US Stock | A | Dividend | J | T | Sold<br>(part) | 03/29/19 | J | A | |
| 27. | | | | | Buy<br>(add'l) | 09/26/19 | J | | |
| 28.  Pimco Enhanced Shrt Mrtrt Exe | A | Dividend | | | Buy | 11/22/19 | J | | |
| 29. | | | | | Sold | 12/26/19 | J | A | |
| 30.  Proshares Tr S&P 500 DV Arist | A | Dividend | J | T | Sold<br>(part) | 03/29/19 | J | A | |
| 31. | | | | | Buy<br>(add'l) | 09/26/19 | J | | |
| 32.  SPDR S&P Biotech | A | Dividend | | | Sold | 03/29/19 | J | A | |
| 33.  Vanguard Intl Equity Index Fd | A | Dividend | J | T | Sold<br>(part) | 03/29/19 | J | A | |
| 34.  American Gr Fd of America | A | Dividend | J | T | Sold<br>(part) | 03/29/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jonker, Robert J. | 5/4/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | | | | | Buy<br>(add'l) | 09/26/19 | J | | |
| 36.   Calemos Market Neutral Inc I | A | Dividend | J | T | Buy | 03/29/19 | J | | |
| 37. | | | | | Buy<br>(add'l) | 09/26/19 | J | | |
| 38.   Guggenheim Directional Alloc I | | | | | Sold | 03/29/19 | J | B | |
| 39.   Lord Abbett Alpha Strat F | A | Dividend | J | T | Buy<br>(add'l) | 03/29/19 | J | | |
| 40. | | | | | Buy<br>(add'l) | 09/26/19 | J | | |
| 41.   Lord Abbett Sht Duration Inc F | A | Dividend | | | Sold | 09/29/19 | J | A | |
| 42.   Nuveen Strat Muni Opport I | A | Dividend | J | T | Sold<br>(part) | 03/29/19 | J | A | |
| 43.   Pimco Em Mkt Loc Cur & Bd 12 | A | Dividend | J | T | Buy | 03/29/19 | J | | |
| 44. | | | | | Buy<br>(add'l) | 09/26/19 | J | | |
| 45.   Pimco High Yield Muni Bond 12 (frmly<br>Pimco High Yield Muni Bond A) | A | Dividend | J | T | Sold<br>(part) | 03/29/19 | J | A | |
| 46.   Pimco Invest Grd Cred Bd 12 (prev- Pimco<br>Invest Grd Corp Bd) | A | Dividend | J | T | Buy | 03/29/19 | J | | |
| 47. | | | | | Buy<br>(add'l) | 09/26/19 | J | | |
| 48.   Pimco Mortgage Opp & Bd 12 | A | Dividend | J | T | Sold<br>(part) | 03/29/19 | J | A | |
| 49. | | | | | Buy<br>(add'l) | 09/26/19 | J | | |
| 50.   Virtus Vontobel Emerg Mrkt Opp I (frmly<br>Virtus Insight Emerg Mkt I) | A | Dividend | J | T | Sold<br>(part) | 03/29/19 | J | A | |
| 51. | | | | | Buy<br>(add'l) | 09/26/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jonker, Robert J. | 5/4/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. Vertus Nwflt Mltsec Shtm Bd I (frmly Virtus Multi Sect Sht Term BDI) | A | Dividend | J | T | Sold (part) | 03/29/19 | J | A | |
| 53. | | | | | Sold (part) | 09/26/19 | J | A | |
| 54. | | | | | | | | | |
| 55. IRA ACCOUNT | | | | | | | | | |
| 56. American Amcap A | A | Dividend | M | T | | | | | |
| 57. American Cap Inc Builder | B | Dividend | L | T | | | | | |
| 58. American Cap World Bond | B | Dividend | L | T | | | | | |
| 59. American Cap World Gr & Inc | A | Dividend | K | T | | | | | |
| 60. American Europacific Growth | A | Dividend | L | T | | | | | |
| 61. American Fundamental Inv | B | Dividend | M | T | | | | | |
| 62. American Gr Fd of America | A | Dividend | M | T | | | | | |
| 63. American New Perspective | A | Dividend | L | T | | | | | |
| 64. Skybridge Multi-Adsr Hf Ser G | A | Dividend | L | T | | | | | |
| 65. TCG BDC II | A | Dividend | K | T | | | | | |
| 66. | | | | | | | | | |
| 67. IRA ACCOUNT-2 | | | | | | | | | |
| 68. Morgan Stanley Money Market Acct | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Jonker, Robert J. | 5/4/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.   First Trust Health Care Alpha ETF | A | Dividend | J | T | Buy (add'l) | 03/29/19 | J | | |
| 70. | | | | | Sold (part) | 07/11/19 | J | A | |
| 71. | | | | | Sold (part) | 08/09/19 | J | A | |
| 72. | | | | | Sold (part) | 09/18/19 | J | A | |
| 73. | | | | | Sold (part) | 09/27/19 | J | A | |
| 74. | | | | | Sold (part) | 10/28/19 | J | A | |
| 75.   First Trust AMEX Biotech | | None | | | Sold (part) | 06/18/19 | J | A | |
| 76. | | | | | Sold (part) | 07/11/19 | J | A | |
| 77. | | | | | Sold | 09/27/19 | J | A | |
| 78.   First Trust DJ Internet IDX | A | Dividend | J | T | Sold (part) | 06/18/19 | J | A | |
| 79. | | | | | Sold (part) | 07/11/19 | J | A | |
| 80. | | | | | Sold (part) | 08/09/19 | J | A | |
| 81. | | | | | Sold (part) | 09/27/19 | J | A | |
| 82.   First Trust Fncl Alphadex ETF | A | Dividend | J | T | Buy | 09/27/19 | J | | |
| 83. | | | | | Sold (part) | 10/28/19 | J | A | |
| 84.   First Trust DW Foxus 5 Intl | A | Dividend | J | T | Sold (part) | 06/18/19 | J | A | |
| 85. | | | | | Sold (part) | 07/11/19 | J | A | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jonker, Robert J. | 5/4/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 08/09/19 | J | A | |
| 87. | | | | | Sold (part) | 09/18/19 | J | A | |
| 88. | | | | | Sold (part) | 09/27/19 | J | A | |
| 89. | | | | | Sold (part) | 10/28/19 | J | A | |
| 90. | | | | | Sold (part) | 12/18/19 | J | A | |
| 91. First Trust Larg Cap Value AL | A | Dividend | K | T | Buy (add'l) | 03/29/19 | J | | |
| 92. | | | | | Sold (part) | 06/18/19 | J | A | |
| 93. | | | | | Sold (part) | 07/11/19 | J | A | |
| 94. | | | | | Sold (part) | 08/09/19 | J | A | |
| 95. | | | | | Sold (part) | 09/18/19 | J | A | |
| 96. | | | | | Sold (part) | 10/28/19 | J | A | |
| 97. | | | | | Sold (part) | 12/18/19 | J | A | |
| 98. First Trust NASDAQ 100 - Tech | A | Dividend | J | T | Sold (part) | 03/29/19 | J | A | |
| 99. | | | | | Sold (part) | 06/18/19 | J | A | |
| 100. | | | | | Sold (part) | 07/11/19 | J | A | |
| 101. | | | | | Sold (part) | 08/09/19 | J | A | |
| 102. | | | | | Sold (part) | 09/18/19 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jonker, Robert J. | 5/4/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. | | | | | Sold<br>(part) | 09/27/19 | J | A | |
| 104. | | | | | Sold<br>(part) | 10/28/19 | J | A | |
| 105. First Trust Tech Alpha ETF | A | Dividend | J | T | Sold<br>(part) | 03/29/19 | J | A | |
| 106. | | | | | Sold<br>(part) | 06/18/19 | J | A | |
| 107. | | | | | Sold<br>(part) | 07/11/19 | J | A | |
| 108. | | | | | Sold<br>(part) | 08/09/19 | J | A | |
| 109. | | | | | Sold<br>(part) | 09/18/19 | J | A | |
| 110. | | | | | Sold<br>(part) | 09/27/19 | J | | |
| 111. | | | | | Sold<br>(part) | 10/28/19 | J | A | |
| 112. FT North American Energy Infra | A | Dividend | J | T | Sold<br>(part) | 06/18/19 | J | A | |
| 113. | | | | | Sold<br>(part) | 07/11/19 | J | A | |
| 114. | | | | | Sold<br>(part) | 08/09/19 | J | A | |
| 115. | | | | | Sold<br>(part) | 09/18/19 | J | A | |
| 116. | | | | | Sold<br>(part) | 09/27/19 | J | A | |
| 117. | | | | | Sold<br>(part) | 10/28/19 | J | A | |
| 118. | | | | | Sold<br>(part) | 12/18/19 | J | A | |
| 119. Highland Income Fund Trading (frmly<br>Highland Floating Rate Opport) | B | Dividend | K | T | Buy<br>(add'l) | 03/29/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jonker, Robert J. | 5/4/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. | | | | | Sold<br>(part) | 06/18/19 | J | A | |
| 121. | | | | | Sold<br>(part) | 07/11/19 | J | A | |
| 122. | | | | | Sold<br>(part) | 08/09/19 | J | A | |
| 123. | | | | | Sold<br>(part) | 09/18/19 | J | A | |
| 124. | | | | | Buy<br>(add'l) | 09/27/19 | J | | |
| 125. | | | | | Sold<br>(part) | 10/28/19 | J | A | |
| 126. | | | | | Sold<br>(part) | 12/18/19 | J | A | |
| 127. Ishares Core S&P Total US Stock (frmly Ishares Corp S&P Large Cap) | A | Dividend | K | T | Buy<br>(add'l) | 03/29/19 | J | | |
| 128. | | | | | Sold<br>(part) | 06/18/19 | J | A | |
| 129. | | | | | Sold<br>(part) | 07/11/19 | J | A | |
| 130. | | | | | Sold<br>(part) | 08/09/19 | J | A | |
| 131. | | | | | Sold<br>(part) | 09/18/19 | J | A | |
| 132. | | | | | Buy<br>(add'l) | 09/27/19 | J | | |
| 133. | | | | | Sold<br>(part) | 10/28/19 | J | A | |
| 134. Vanguard Intl Equity Index Fd | A | Dividend | K | T | Sold<br>(part) | 03/29/19 | J | A | |
| 135. | | | | | Sold<br>(part) | 06/18/19 | J | A | |
| 136. | | | | | Sold<br>(part) | 07/11/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jonker, Robert J. | 5/4/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold (part) | 08/09/19 | J | A | |
| 138. | | | | | Sold (part) | 09/18/19 | J | A | |
| 139. | | | | | Sold (part) | 10/28/19 | J | A | |
| 140.  American Gr Fd of America | A | Dividend | J | T | Sold (part) | 07/11/19 | J | A | |
| 141. | | | | | Sold (part) | 08/09/19 | J | A | |
| 142. | | | | | Sold (part) | 09/18/19 | J | A | |
| 143. | | | | | Buy (add'l) | 09/27/19 | J | | |
| 144. | | | | | Sold (part) | 10/28/19 | J | A | |
| 145. | | | | | Sold (part) | 12/18/19 | J | A | |
| 146.  Dreyfus Standish Gib Fix Inc (now BNY Mellon Glb Fixed Income) | A | Dividend | K | T | Sold (part) | 03/29/19 | J | A | |
| 147.  BNY Mellon Glb Fixed Income (frmly Dreyfus Standish Glb Fix Inc) | A | Dividend | K | T | Sold (part) | 06/18/19 | J | A | |
| 148. | | | | | Sold (part) | 07/11/19 | J | A | |
| 149. | | | | | Sold (part) | 08/09/19 | J | A | |
| 150. | | | | | Sold (part) | 09/18/19 | J | A | |
| 151. | | | | | Sold (part) | 09/27/19 | J | A | |
| 152. | | | | | Sold (part) | 10/28/19 | J | A | |
| 153. | | | | | Sold (part) | 12/18/19 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jonker, Robert J. | 5/4/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154.  Calamos Market Neutral | A | Dividend | J | T | Buy | 03/29/19 | J | | |
| 155. | | | | | Sold<br>(part) | 06/18/19 | J | A | |
| 156. | | | | | Sold<br>(part) | 07/11/19 | J | A | |
| 157. | | | | | Sold<br>(part) | 08/09/19 | J | A | |
| 158. | | | | | Sold<br>(part) | 09/18/19 | J | A | |
| 159. | | | | | Sold<br>(part) | 09/27/19 | J | A | |
| 160. | | | | | Sold<br>(part) | 10/28/19 | J | A | |
| 161. | | | | | Sold<br>(part) | 12/18/19 | J | A | |
| 162.  Guggenheim Directional Alloc I | | None | | | Sold<br>(part) | 03/15/19 | J | A | |
| 163. | | | | | Sold | 03/29/19 | J | B | |
| 164.  Guggenheim Macro Opport I | A | Dividend | J | T | Sold<br>(part) | 03/29/19 | J | A | |
| 165. | | | | | Sold<br>(part) | 06/18/19 | J | A | |
| 166. | | | | | Sold<br>(part) | 07/11/19 | J | A | |
| 167. | | | | | Sold<br>(part) | 08/09/19 | J | A | |
| 168. | | | | | Sold<br>(part) | 09/18/19 | J | A | |
| 169. | | | | | Sold<br>(part) | 09/27/19 | J | A | |
| 170. | | | | | Sold<br>(part) | 10/28/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jonker, Robert J. | 5/4/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171. | | | | | Sold<br>(part) | 12/18/19 | J | A | |
| 172.  Lord Abbett Allpha Strat | A | Dividend | K | T | Buy<br>(add'l) | 03/29/19 | J | | |
| 173. | | | | | Sold<br>(part) | 06/18/19 | J | A | |
| 174. | | | | | Sold<br>(part) | 07/11/19 | J | A | |
| 175. | | | | | Sold<br>(part) | 08/09/19 | J | A | |
| 176. | | | | | Sold<br>(part) | 09/18/19 | J | A | |
| 177. | | | | | Sold<br>(part) | 10/28/19 | J | A | |
| 178. | | | | | Sold<br>(part) | 12/18/19 | J | A | |
| 179.  Pimco Em Mkt Loc Cur & Bd 12 | A | Dividend | J | T | Buy | 03/29/19 | J | | |
| 180. | | | | | Sold<br>(part) | 07/11/19 | J | A | |
| 181. | | | | | Sold<br>(part) | 09/18/19 | J | A | |
| 182. | | | | | Buy<br>(add'l) | 09/27/19 | J | | |
| 183. | | | | | Sold<br>(part) | 10/28/19 | J | A | |
| 184. | | | | | Sold<br>(part) | 12/18/19 | J | A | |
| 185.  Pimco Invest Grd Corp Bd 12 (frmly Pimco<br>Invest Grd Corp Bd P) | A | Dividend | K | T | Sold<br>(part) | 03/29/19 | J | A | |
| 186. | | | | | Sold<br>(part) | 06/18/19 | J | A | |
| 187. | | | | | Sold<br>(part) | 07/11/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jonker, Robert J. | 5/4/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188. | | | | | Sold<br>(part) | 08/09/19 | J | A | |
| 189. | | | | | Sold<br>(part) | 09/18/19 | J | A | |
| 190. | | | | | Sold<br>(part) | 09/27/19 | J | A | |
| 191. | | | | | Sold<br>(part) | 10/28/19 | J | A | |
| 192. | | | | | Sold<br>(part) | 12/18/19 | J | A | |
| 193.  Pimco Mortgage Opp & Bd 12 | A | Dividend | K | T | Sold<br>(part) | 03/29/19 | J | A | |
| 194. | | | | | Sold<br>(part) | 06/18/19 | J | A | |
| 195. | | | | | Sold<br>(part) | 07/11/19 | J | A | |
| 196. | | | | | Sold<br>(part) | 08/09/19 | J | A | |
| 197. | | | | | Sold<br>(part) | 09/18/19 | J | A | |
| 198. | | | | | Sold<br>(part) | 09/27/19 | J | A | |
| 199. | | | | | Sold<br>(part) | 10/28/19 | J | A | |
| 200. | | | | | Sold<br>(part) | 12/18/19 | J | A | |
| 201.  Pimco Stockplus Intl 12 | B | Dividend | K | T | Sold<br>(part) | 03/29/19 | J | A | |
| 202. | | | | | Sold<br>(part) | 06/18/19 | J | A | |
| 203. | | | | | Sold<br>(part) | 07/11/19 | J | A | |
| 204. | | | | | Sold<br>(part) | 08/09/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jonker, Robert J. | 5/4/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Sold (part) | 09/18/19 | J | A | |
| 206. | | | | | Sold (part) | 09/27/19 | J | A | |
| 207. | | | | | Sold (part) | 10/28/19 | J | A | |
| 208. | | | | | Sold (part) | 12/18/19 | J | A | |
| 209. Virtus Nwflt Mltsec Shtm Bd I (frmly Virtus Multi Sect Sht Term BDI) | A | Dividend | K | T | Sold (part) | 03/29/19 | J | A | |
| 210. | | | | | Sold (part) | 06/18/19 | J | A | |
| 211. | | | | | Sold (part) | 07/11/19 | J | A | |
| 212. | | | | | Sold (part) | 08/09/19 | J | A | |
| 213. | | | | | Sold (part) | 09/18/19 | J | A | |
| 214. | | | | | Sold (part) | 09/27/19 | J | A | |
| 215. | | | | | Sold (part) | 10/28/19 | J | A | |
| 216. | | | | | Sold (part) | 12/18/19 | J | A | |
| 217. Virtus Vontobel Emerg Mrkt Opp I (frmly Virtus Insight Emerg Mkt) | A | Dividend | K | T | Sold (part) | 03/29/19 | J | A | |
| 218. | | | | | Sold (part) | 06/18/19 | J | A | |
| 219. | | | | | Sold (part) | 07/11/19 | J | A | |
| 220. | | | | | Sold (part) | 08/09/19 | J | A | |
| 221. | | | | | Sold (part) | 09/18/19 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jonker, Robert J. | 5/4/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 222. | | | | | Sold<br>(part) | 09/27/19 | J | A | |
| 223. | | | | | Sold<br>(part) | 10/28/19 | J | A | |
| 224. | | | | | Sold<br>(part) | 12/18/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jonker, Robert J. | 5/4/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Robert J. Jonker**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544